**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01001-CV

### NATALIE L. HOLMES, Appellant

### V.

### SOUTHERN METHODIST UNIVERSITY, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-11311**

## ORDER

We **GRANT** appellant's October 28, 2015 motion to permit withdrawal and substitution

of counsel and **DIRECT** the Clerk of the Court to remove Nathan N. Beedle as counsel for

appellant and substitute Lawrence Fischman in his place.

/s/     CRAIG STODDART
        JUSTICE